HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ANTHONY RAY RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY RAY RAMIREZ,<br>Defendant. | Case No. 1:26-cr-00122-KES-EPG<br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br>Date: November 25, 2026<br>Time: 1:00 p.m.<br>Judge: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Anthony Ramirez, that the status conference currently scheduled for September 23, 2026, at 1:00 p.m. may be continued to November 25, 2026, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. Defense Counsel will be attending an out-of-state conference on September 23 and will therefore be unavailable for the currently scheduled status conference. In addition, the government provided an initial batch of discovery on July 28, 2026, and a supplemental batch of discovery on August 21, 2026. Defense Counsel requires additional time for review of discovery, effective preparation of the case, and negotiation between the parties. In light of the above, the parties are requesting that the matter be continued for a further status conference. The continuance will

conserve time and resources for the parties and the Court.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to November 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 17, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 17, 2026

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
ANTHONY RAY RAMIREZ

**ORDER**

**IT IS SO ORDERED.** The status conference currently scheduled for September 23, 2026, at 1:00 p.m. is hereby continued to November 25, 2026, at 1:00 p.m. The time period to November 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 17, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE